**STATEMENT OF FACTS**

On September 17, 2020 at approximately 2:00pm EST, a Federal Bureau of Investigation ("FBI") Washington Field Office ("WFO") Task Force Officer ("TFO") was acting in an undercover ("UC") capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C.  In that capacity, the UC entered a fetish website, of which he is a member and has an internal email within the site.[1] Different areas of this site are known to the UC as places where people meet, discuss, and trade original images of underage children, links containing child pornography, and videos, among other things. The UC has been a member of this fetish site for several months. A user using the screen name, "MikeandSteph," subsequently identified as the defendant Michael Kenneth Meoni, sent the UC a private email within the fetish site. The following is a transcription of the email exchange between Meoni and the UC:

**Meoni**: Hi thanks for the add. You have kids? Married? GF? What are you into?

UC: Seperated dad here dau is 8, shared custody, into everything taboo, perv, no limits.**eoni**: Same daughter is 1

UC: Very Nice! how naughty have you been ☺

UC: (Provides his KIK[2] name)

On September 17, 2020, Meoni using the KIK name, "mkmsports777," with a display name of Mike Moeni, initiated contact with the UC via KIK private instant messenger. During the course of the chat the UC asked Meoni, "so how taboo and pervy are you." Meoni responded,

---

[1] The name of the website is known to law enforcement.  It is being withheld to protect the integrity of ongoing investigations.
[2] KIK is an instant messaging mobile application where one can transmit and receive messages, photos, and videos. Users can communicate privately with other users or in groups.

"Very open," "Pics of your daughter?" Meoni informed the UC that he "Cams" with his daughter and stated that he was currently at work. Meoni asked the UC if he was active with his own daughter and asked for pictures of her. The UC responded that he only shares live because of all the fake pictures. Meoni informed the UC that he would be alone with his daughter on Tuesday. On September 18, 2020, at 7:33a.m EST Meoni initiated contact with the UC. Meoni asked the UC if his daughter was up and asked what she was wearing. Meoni asked the UC for a picture of his purported 8 year-old daughter. The UC asked Meoni what he had of his daughter. Meoni responded, "diaper." Meoni sent the UC an image of an infant lying on her stomach wearing a diaper and white onesie with multi-colored cats and the word "meow" repeatedly on the shirt. The picture shows the infant is inside of a pack-n-play with several items around her, including a pink chevron blanket, a pink and green blanket, an aqua stuffed animal and a pink stuffed animal, among other items.

The UC sent back a few images of his purported 8 year-old daughter.[3] Meoni informed the UC that he licks, rubs, and ejaculates on his 12 month old daughter. During the course of the chat Meoni asked the UC to send additional images of his purported daughter. Meoni continued to send the UC images of his purported 12 month old daughter. The following are descriptions of those images sent on September 18, 2020:

1. An image of a male pulling back on the diaper of an infant exposing her upper thigh. The male is wearing a wedding band on his ring finger. The ring has a black and silver distinctive pattern on it.
2. An image of same male pulling back the diaper of an infant exposing the infant's thigh

---

[3] The images the UC sent to Meoni did not depict a real child.

3. An image of same infant wearing a diaper and shirt

4. A close up image of the same infant's diaper. Infant's legs appeared to be spread with diaper on.

5. A close up image of the infant's bare vagina with her diaper pulled down.

6. An image of the same infant. She is lying on her back rubbing her eye. She is wearing a shirt and is naked from the waist down with her bare vagina exposed.

7. An image of a male inserting his finger in the bare vagina of the same infant.

8. An image of a male placing his finger on the bare vagina of the same infant

9. A close up image of the infant's bare vagina.

The images appeared to the UC to be taken by the phone as they had "camera" listed on them through Kik. Upon receiving these images, the UC asked Meoni to take a picture of the same infant holding up 3 fingers near the infant's head for the purpose of determining that Meoni had real time access to this infant. Meoni complied and sent the UC an image of himself holding up three fingers near the infant's head. This is the same infant that is described in the above listed photos (1-9), and based on the pack-n-play, clothing, and diaper, it appeared to the UC as if the pictures had all been taken that same morning. Meoni sent one additional image of the same infant on all fours with her bare buttocks exposed.

Commercial database searches for email addresses linked to the Kik display name "Mike Moeni" yielded multiple possibilities linked to individuals named Michael Meoni (note spelling difference). Commercial database searches for Michael Meoni in Arizona yielded a single result: Michael Kenneth Meoni (DOB:            ; SSN:            ; Arizona driver's license:            ; and an address of        Needles Highway,      , Laughlin, NV 89029. A social

networking profile (www.facebook.com/100018578943774) was identified as belonging to Meoni. Review of publicly available information on his Facebook profile identified his fiance as Stephanie Lee Smith (DOB:            ; SSN:              ; Arizona driver's license:            ). Smith's Facebook profile (www.facebook.com/mikeandsteph.meoni) contained publicly viewable images of her, Meoni and their suspected 1--year old daughter. Comparison of photographs of Meoni and Smith matched the individuals in the Kik profile photo. Images of their infant child on social media matched the victim displayed in the images sent to the OCE by Kik username mkmsports777.

Agents from the Las Vegas Child Exploitation Task Force obtained a search warrant for Meoni's residence on S Needles Highway, his person and his phone. Agents performed a traffic stop of a car driven by Meoni between approximately 10:00pm and 10:15pm PST. Smith and Meoni's 17-year-old son were also in the car. Meoni was taken and interviewed by agents. Agents drove Smith and Meoni's son to the residence. They arrived at his home at approximately 10:35pm to 10:45pm PST.

Smith knocked on the door to the home and a teenager, who was babysitting the younger children, answered the door. Agents walked inside the home, and the infant depicted in Moeni's photographs, was inside of the same pack-n-play that had been depicted in the photographs. The same stuffed animals, pink and green blanket and most of the other items from the photograph were with the infant in the pack-in-play. A search of the remainder of the apartment revealed the pink chevron blanket and the same white onesie with multi-colored cats and the word "meow" repeatedly pictured.

After waiving his Miranda rights, Meoni spoke to agents and admitted that he had sent pictures of the infant over Kik to the UC. The agent showed Meoni one of the pictures received

from the UC and one that Meoni sent, and he confirmed that he sent and received those photographs. He admitted that the ring depicted was his ring, and he was in fact wearing it at the time. He denied touching the infant's vagina, but said that he "moved" it.

Respectfully submitted,

_____
Timothy Palchack
Detective
Badge # D2-1564
Metropolitan Police
of the District of Columbia

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 based on information communicated by telephone on this 19th day of September, 2020*

2020.09.19
14:23:04 -04'00'

_____
The Honorable Robin M. Meriweather
United States Magistrate Judge