# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **MAGISTRATE NO. 20-MJ-183 (GMH)** |
| | : | |
| **MICHAEL KENNETH MEONI,** | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the United States' Motion to Unseal this matter, it is hereby ORDERED:

That this matter be unsealed;

SO ORDERED.

DATE: October 16, 2020  _____

G. Michael Harvey
United States Magistrate Judge

1